DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PATRICIA SCHULTZ,**
Appellant,

v.

**JOSEPH SCHULTZ,**
Appellee.

No. 4D2022-3419

[January 11, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 502022DR000849.

Troy William Klein, West Palm Beach, for appellant.

Jean M. Henne of Jean M. Henne, P.A., Winter Haven, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***